# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KALEB GILVIN,

    Plaintiff

v.

VENETO TUSCAN LLC, et al.,

    Defendants

Case No.: 2:26-cv-00370-APG-EJY

**Order**

Plaintiff Kaleb Gilvin sues the defendants, asserting that they are unlawfully seeking to evict him from his apartment they leased to him. According to Gilvin, on February 10, 2026, the defendants served him with a three-day notice to quit the apartment, although Gilvin contends the service was defective. He thus moves for temporary injunctive relief under the Fair Housing Act to prevent the defendants from evicting him in retaliation for his request for a disability accommodation.

Gilvin's complaint was filed on February 10 but was not docketed until February 12. Thus, I was unaware of it and unable to act on it until today. I decline to enter a temporary restraining order without notice to the defendants. Instead, I order Gilvin to serve the defendants immediately. The defendants' response to the motion for temporary restraining order is due three days after Gilvin serves them.

**I advise Gilvin that I am not granting a temporary restraining order at this time, so if the defendants initiate a state court proceeding to evict him, he should pursue any remedies and defenses he has in that forum.**

/ / / /

/ / / /

I THEREFORE ORDER plaintiff Kaleb Gilvin to immediately serve the defendants with the complaint, the motion for temporary restraining order, and a copy of this order.

I FURTHER ORDER Gilvin to file in court proof of service on the defendants as soon as that is accomplished.

I FURTHER ORDER that the defendants' response to the motion for temporary restraining order is due three days from when plaintiff Kaleb Gilvin serves them.  Alternatively, if the defendants agree to forego pursuing eviction until I can resolve the motion for temporary restraining order, then the defendants may advise the court of their decision within three days of service and may respond to the motion for temporary restraining order within 14 days instead.

DATED this 13th day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2