**KALEB GILVIN**

12656 Southern Highlands Parkway, Apt. 2116

Las Vegas, Nevada 89141

Telephone: (702) 903-5082

Email: kg@candylandconsulting.com

*Pro Se Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KALEB GILVIN,

                Plaintiff,          )

                               )

                v.           )  Case No. 2:26-cv-00370-APG-EJY

                               )

VENETO TUSCAN LLC, a Delaware  )

limited liability company (d/b/a  )

TUSCAN HIGHLANDS APARTMENTS);  )

KARSAZ LAW; and DOES 1-10,  )

              Defendants.     )

## <u>STIPULATION TO EXTEND TEMPORARY RESTRAINING ORDER</u>

Plaintiff Kaleb Gilvin, proceeding pro se and in forma pauperis, and Defendant Veneto Tuscan LLC, through its counsel Eric R. Newmark, Esq. of Karsaz Law, hereby stipulate and agree as follows:

1

**RECITALS**

A. On March 3, 2026, this Court granted Plaintiff's Motion for Temporary Restraining Order (ECF No. 37), temporarily enjoining Defendant Veneto Tuscan LLC from initiating any eviction proceeding against Plaintiff.

B. The Court set a preliminary injunction hearing for March 12, 2026 at 10:00 a.m., but noted that the hearing could be avoided if the parties agreed to extend the temporary restraining order, given Plaintiff's stated intention to voluntarily vacate the premises by March 30, 2026. ECF No. 37 at 6.

C. On March 4, 2026, Plaintiff filed a Notice of Proposed Stipulation to Extend Temporary Restraining Order (ECF No. 42), setting forth proposed terms.

D. Defendant, through counsel, has reviewed the proposed terms and has no objection to the stipulation as set forth herein.

**STIPULATED TERMS**

NOW, THEREFORE, the parties stipulate and agree as follows:

1. The temporary restraining order entered by this Court on March 3, 2026 (ECF No. 37) shall remain in full force and effect through and including March 30, 2026.

2. Plaintiff shall voluntarily vacate the premises located at 12656 Southern Highlands Parkway, Apartment 2116, Las Vegas, Nevada 89141, on or before

2

March 30, 2026.

3. Defendant Veneto Tuscan LLC, its agents, employees, and anyone acting in concert with it, shall continue to refrain from initiating any court proceeding to evict Plaintiff through March 30, 2026.

4. Plaintiff shall notify Defendant's counsel upon vacating the premises so that Defendant may be informed.

5. The preliminary injunction hearing currently set for March 12, 2026 at 10:00 a.m. shall be vacated.

6. This stipulation resolves only the pending injunctive relief and shall not affect any other claims, defenses, or pending motions in this action.

Dated: March 6, 2026

Respectfully submitted,

FOR PLAINTIFF:

KALEB GILVIN, Pro Se

12656 Southern Highlands Parkway, Apt. 2116

Las Vegas, Nevada 89141

(702) 903-5082

kg@candylandconsulting.com

3

FOR DEFENDANT VENETO TUSCAN LLC:

_____

ERIC R. NEWMARK, ESQ.

Karsaz Law

Tel: (702) 635-9886

Fax: (702) 802-3880

4

**ORDER**

The Court, having reviewed the parties' Stipulation to Extend Temporary Restraining Order, and good cause appearing:

IT IS HEREBY ORDERED that:

1. The parties' Stipulation is APPROVED and incorporated herein.

2. The temporary restraining order entered on March 3, 2026 (ECF No. 37) shall remain in full force and effect through and including March 30, 2026.

3. The preliminary injunction hearing set for March 12, 2026 at 10:00 a.m. is VACATED.

4. All other terms of the Stipulation shall be binding on the parties.

5. The parties must file a status report by April 2, 2026.

IT IS SO ORDERED.

Dated: March 10, 2026

_____

ANDREW P. GORDON

CHIEF UNITED STATES DISTRICT JUDGE

5