# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KALEB GILVIN,

    Plaintiff

v.

VENETO TUSCAN LLC, et al.,

    Defendants

Case No.: 2:26-cv-00370-APG-EJY

**Order Overruling Objection and Clarifying Report and Recommendation**

[ECF Nos. 5, 20]

Magistrate Judge Youchah recommended that I dismiss with prejudice plaintiff Kaleb Gilvin's claim under Title III of the Americans with Disabilities Act (ADA) because apartments are not public accommodations under Title III of the ADA. ECF No. 5 at 4. Gilvin objects, arguing that his ADA claim was not based solely on the defendants' operation of the apartment complex. He contends that he also asserted a claim based on the defendants' conduct at a commercial bar that operates on the property and is open to the general public. ECF No. 20 at 2. Gilvin also argues that dismissal with prejudice was improper because he should be given leave to amend. *Id.* at 5. Judge Youchah gave Gilvin leave to amend other aspects of his suit, and Gilvin has filed an amended complaint that includes an ADA claim based on events at the bar. ECF Nos. 5 at 4-7; 21 at 4-5, 30-32.

I overrule Gilvin's objection because he does not dispute the basis for Judge Youchah's decision that an apartment complex does not count as a public accommodation under Title III of the ADA. But I clarify that the dismissal with prejudice is only as to allegations related to the apartment complex. Because Gilvin has filed an amended complaint alleging another ADA claim based on events at the bar, which Gilvin alleges is a public accommodation for ADA Title III purposes, that claim will be subject to rescreening by Judge Youchah.

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation **(ECF No. 5) is accepted** with the clarification set forth above.

I FURTHER ORDER that plaintiff Kaleb Gilvin's objection **(ECF No. 20) is overruled.**

DATED this 10th day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2