**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KALEB GILVIN,<br><br>　　Plaintiff<br><br>v.<br><br>VENETO TUSCAN LLC,<br><br>　　Defendant | Case No.: 2:26-cv-00370-APG-EJY<br><br>**Order Denying Motion for Preliminary Injunction as Moot**<br><br>[ECF No. 3] |

In light of plaintiff Kaleb Gilvin's notice that he has voluntarily left the premises at issue in this case (ECF No. 65),

I ORDER that plaintiff Kaleb Gilvin's motion for preliminary injunction (ECF No. 3) is DENIED as moot.

DATED this 1st day of April, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE