# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KALEB GILVIN,

    Plaintiff

v.

VENETO TUSCAN LLC, et al.,

    Defendants

Case No.: 2:26-cv-00370-APG-EJY

**Order Affirming Magistrate Judge's Order Denying Plaintiff's Renewed Motion for Appointment of Counsel**

[ECF Nos. 47, 50]

Magistrate Judge Youchah denied Kaleb Gilvin's renewed motion for appointment of counsel. ECF No. 47. Mr. Gilvin filed an appeal of that order. ECF No. 50. I have reviewed the appeal, Judge Youchah's Order, and the underlying papers. I note for Mr. Gilvin's edification, that even if the court granted his motion, there is no guarantee counsel would be obtained. The court cannot order a lawyer to take a case. And Mr. Gilvin claims that "[e]very civil rights attorney, legal aid organization, tenant rights organization, and pro bono referral service in Las Vegas declined representation . . . ." ECF No. 50 at 6. Thus, it seems likely he would not obtain counsel even if the court ordered it. And nothing prevents him from continuing to seek counsel on his own. Regardless, Judge Youchah's Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a).

I THEREFORE ORDER that Magistrate Judge Youchah's Order **(ECF No. 47) is affirmed** and Mr. Gilvin's appeal **(ECF No. 50) is denied**.

DATED this 22nd day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE