**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KALEB GILVIN,

Plaintiff

v.

VENETO TUSCAN LLC, et al.,

Defendants

Case No.: 2:26-cv-00370-APG-EJY

**Order Accepting Report and Recommendation**

[ECF No. 7]

On September 10, 2026, Magistrate Judge Youchah recommended that I dismiss with prejudice plaintiff Kaleb Gilvin's Privacy Act claim against the United States Postal Service and his intentional infliction of emotional distress and civil conspiracy claims against all defendants. ECF No. 77 at 16. Gilvin did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation (ECF No. 77) is accepted and plaintiff Kaleb Gilvin's Privacy Act claim against the United States Postal Service and his intentional infliction of emotional distress and civil conspiracy claims against all defendants are dismissed with prejudice.

DATED this 29th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE