**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KALEB GILVIN,<br>Plaintiff<br>v.<br>VENETO TUSCAN LLC, et al.,<br>Defendants | Case No.: 2:26-cv-00370-APG-EJY<br>**Order Granting Motion to Dismiss**<br>[ECF No. 82] |

I ORDER that plaintiff Kaleb Gilvin's motion to dismiss this case without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) **(ECF No. 82) is GRANTED**. The clerk of court is instructed to close this case.

DATED this 2nd day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE